| | |
|---|---|
| 1 | LAW OFFICES OF NICOLAS LEZOTTE, P.C. |
| 2 | Nicolas M. Lezotte (State Bar Number 257207) |
|   | Heather E. Gibson (State Bar Number 240938) |
| 3 | 20398 Blauer Drive |
|   | Saratoga, CA 95070 |
| 4 | (408) 359-1035 |
|   | (408) 359-1102 (fax) |
| 5 | Attorney for Plaintiff, |
| 6 | BAY AREA SURGICAL MANAGEMENT, LLC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL MANAGEMENT, LLC., (A limited liability company) | Case No. 5:12-CV-01016-EJD |
| Plaintiff | STIPULATION OF DISMISSAL AND [PROPOSED] ORDER |
| v. | |
| PRINCIPAL LIFE INSURANCE COMPANY (A California Corporation), and DOES 1 through 25, inclusive | |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**

- 1 -

|   |   |
|---|---|
| 1 | WHEREAS, Plaintiff Bay Area Surgical Management, LLC filed a Complaint stating Causes of Action for 1) Breach of Contract; 2) Violations of California Business & Professions Code § 17200 et seq.; 3) Negligent Misrepresentation; 4) Promissory Estoppel; and 5) Equitable Estoppel on January 24, 2012; |

WHEREAS, Plaintiff and Defendant Principal Life Insurance Company settled this matter on or about April 17, 2012.

THEREFORE, IT IS HEREBY STIPULATED by and between Bay Area Surgical Management, LLC. and defendant Principal Life Insurance Company through their designated counsel that the above-captioned matter should be dismissed with prejudice pursuant to FRCP 41. The parties further stipulate that, except as set forth in the April 17, 2012 Settlement Agreement between them, the parties shall bear their own attorney's fees, expenses and costs.

IT IS SO STIPULATED.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

Dated: May 10 , 2012                By: ___/s/ Donald Sullivan_____
                                    Donald Sullivan
                                    Attorneys for Defendant PRINCIPAL LIFE
                                    INSURANCE COMPANY

LAW OFFICES OF NICOLAS LEZOTTE

Dated: May 10, 2012

                                    By: _/s/ Heather Gibson_____
                                    Heather Gibson
                                    Attorneys for Plaintiff
                                    BAY AREA SURGICAL MANGEMENT
                                    LLP

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**

The Court having considered the stipulation of the parties, and good cause appearing thereon, orders as follows;

1. The action is dismissed with prejudice as against Defendant Principal Life Insurance Company pursuant to FRCP 41.

2. Each party shall bear their own costs and attorneys' fees.

3. The Court shall retain jurisdiction over this matter to enforce the terms of the April 17, 2012, Settlement Agreement.

IT IS SO ORDERED.

The Clerk shall close this file.

Dated: May 17, 2012

_____
Honorable Edward J. Davila
Judge for the Northern District of California

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**

- 3 -